1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10   MS. EFFIE LIGON,

11          Plaintiff,

12       v.                                          Case No. MS05-5024FDB

13   UNITED STATES OF AMERICA, the                   ORDER
     Commissioner of Internal Revenue Paul R.
14   Shipley # 91-02526, Revenue Agent Approving
     Officer/Group Manager, et. al. in concert,
15

16          Defendant.

17          This cause of action has been erroneously filed as a miscellaneous action.  Plaintiff, therefore,

18   is **ORDERED** to pay the required fee for filing a civil action by no later than **Friday, September**

19   **30, 2005** or this cause of action will be dismissed.

20          DATED this 29th day of August, 2005.

21

22                                          FRANKLIN D. BURGESS
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26   ORDER - 1